

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

LEONEL HERNANDEZ, § No. 08-19-00152-CR

Appellant, § Appeal from the

v. § 168th District Court

THE STATE OF TEXAS, § of El Paso County, Texas

State. § (TC# 20160D03827)

§

## O R D E R

The Court has received a motion to abate this appeal pending the filing of certain supplemental reporter's records volumes. Appellant states that the abatement is needed so that he may review the supplemental reporter's record volumes—which relate to a motion to suppress hearing that had not been included in the original record—for possible inclusion in his brief.

Appellant's brief is currently due April 20, 2020. The supplemental reporter's record volume is due April 24, 2020. Rather than grant an indefinite abatement, we will instead treat this as a motion for extension of time to file the Appellant's Brief. We grant Appellant an extension of 30 days in which to file the brief. In the event that the supplemental reporter's record volumes are not filed timely, or for other just cause, the Court will exercise its discretion to entertain further brief extension requests if such requests are warranted under the circumstances.

IT IS SO ORDERED this 15th day of April, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.